# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grant, Britt C. | U.S. Court of Appeals for the Eleventh Circuit | 05/8/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Elbert P. Tuttle Courthouse
56 Forsyth Street NW
Atlanta, GA 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grant, Britt C.** | 05/8/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Eleventh Circuit, salary | $229,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | IBM, salary |
| 2. 2020 | Greenlight Financial, salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society, Birmingham chapter | 1/16/2020 | Birmingham, AL | Speaker at lunch meeting | transportation |
| 2. | The Federalist Society, Florida chapter | 1/30/2020-2/1/2020 | Orlando, FL | Panel speaker | Food, transportation, lodging |
| 3. | Stanford Law School | 2/5/2020-2/7/2020 | Palo Alto, CA | Moot Court Judge | Food, transportation, lodging |
| 4. | Harvard Law School | 3/9/2020-3/10/2020 | Cambridge, MA | Moot Court Judge | Food, transportaiton, lodging |
| 5. | Notre Dame Law School | 3/26/2020 (planned) | South Bend, IN | Panel speaker | transportation |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 05/8/2021 |

7. _____ _____ _____ _____ _____

8. _____ _____ _____ _____ _____

9. _____ _____ _____ _____ _____

10. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 05/8/2021 |

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 05/8/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loans | K |
| 2. Discovery Student Loans | Student Loans | J |
| 3. MOHELA | Student Loans | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grant, Britt C.** | 05/8/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IBM Stock | B | Dividend | | | Sold | 02/12/20 | K | A | |
| 2.  Fidelity Netbenefits HSA | A | Interest | J | T | | | | | |
| 3.  Payflex HSA | A | Int./Div. | J | T | | | | | |
| 4.  Bank of America Checking Account | A | Interest | J | T | | | | | |
| 5.  C Fund Common Stock Index | A | Dividend | O | T | Buy | 07/06/20 | M | | |
| 6.  S Fund Small Cap Index | A | Dividend | | | Sold | 07/06/20 | L | | |
| 7.  I Fund International Stock Index | A | Dividend | | | Sold | 07/06/20 | L | | |
| 8.  Large Company IDX | A | Dividend | | | Sold | 07/06/20 | K | | |
| 9.  Target Retirement 2040 | A | Dividend | | | Sold | 07/06/20 | L | | |
| 10. Target Retirement 2045 | A | Dividend | | | Sold | 07/06/20 | L | | |
| 11. Vanguard Total Stock Market Index | A | Dividend | M | T | Buy | 07/06/20 | M | | |
| 12. Fidelity Total Stock Mkt IDX | A | Dividend | N | T | Buy | 07/06/20 | K | | |
| 13. Small Mid-Cap IDX | A | Dividend | | | Sold | 07/06/20 | J | | |
| 14. Lazard Emerging Mkts EQ | A | Dividend | | | Sold | 07/06/20 | J | | |
| 15. European Stock Index | A | Dividend | | | Sold | 07/06/20 | J | | |
| 16. American Gr Fd of America | A | Dividend | | | Sold | 07/06/20 | J | | |
| 17. Long-Term Corp. Bond | A | Dividend | | | Sold | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 05/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  American New Perspective A | A | Dividend | | | Sold | 07/06/20 | J | | |
| 19.  Metropolitan West Low Dur Bd I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 20.  Calamos Market Neutral Inc. I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 21.  American New World A | A | Dividend | | | Sold | 07/06/20 | J | | |
| 22.  Prudential Jennison Natl Res Z | A | Dividend | | | Sold | 07/06/20 | J | | |
| 23.  Metropolitan West Tot Ret Bc I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 24.  Pacific Stock IDX | A | Dividend | | | Sold | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grant, Britt C.** | 05/8/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Britt C. Grant**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544